```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 10623
   VIVIAN SHARONE ARMSTRONG
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4007


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/23/05 and confirmed on 06/23/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 100232.58 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG      46229.72           .00        46229.72
EMC MORTGAGE               MORTGAGE ARRE      42246.46           .00        42246.46
ILLINOIS TITLE LOANS       SECURED             1700.00        190.28         1700.00
ILLINOIS DEPT REVENUE      PRIORITY               .00            .00             .00
AMERICASH LOANS            UNSECURED         NOT FILED           .00             .00
CINGULAR WIRELESS          FILED LATE              .00           .00             .00
INSTANT CASH ADVANCE       UNSECURED         NOT FILED           .00             .00
SECOND WORLDCOM WIRELESS   UNSECURED         NOT FILED           .00             .00
ILLINOIS DEPT REVENUE      UNSECURED             685.76       100.20          685.76
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  90176.18       .00       685.76          .00        90861.94
PRINCIPAL PAID      90176.18       .00       685.76          .00        90861.94
INTEREST PAID         190.28       .00       100.20          .00          290.48
TOTAL PAID          90366.46       .00       785.96          .00        91152.42
The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   2700.00
and was paid $    500.00   direct and $   2200.00   through the plan.

The Trustee received $    3773.06 .

Refunds to the Debtor totaled $    3107.10 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/07                    /S/
```

```
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
          CASE NO. 05 B 10623 VIVIAN SHARONE ARMSTRONG
```